UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF NORTH CAROLINA
Misc. Case No. 1:24-mc-00027

| IN RE MISSION HEALTH ANTITRUST LITIGATION | W.D.N.C. Civil Action No. 1:22-cv-00114-MR-WCM |
|---|---|

## HCA DEFENDANTS' MOTION TO TRANSFER SUBPOENA-RELATED MOTION

NOW COME the Defendants HCA Healthcare, Inc.; HCA Management Services, L.P.; HCA, Inc.; MH Master Holdings, LLLP; MH Hospital Manager, LLC; and MH Mission Hospital, LLLP ("HCA Defendants" or "Defendants"), by and through counsel and, pursuant to Rule 45(f) of the Federal Rules of Civil Procedure, respectfully move the Court to transfer Defendants' Motion to Compel Production by Non-Party Charlotte-Mecklenburg Hospital Authority (ECF No. 1) to the Western District of North Carolina. In support of Defendants' Motion to Transfer, Defendants file concurrently herewith a Brief in Support of Defendants' Motion to Transfer Subpoena-Related Motion (the "Brief").[1] For the reasons

---

[1] Defendants acknowledge that, under Local Rule 7.3(j), a brief is not required for motions to which all parties to the action consent. However, the Court's decision to transfer a subpoena-related motion under Rule 45(f) is discretionary, even where the subpoenaed party consents. Fed. R. Civ. P. 45(f) ("…*may* transfer…"). For that reason, Defendants file concurrently herewith a brief in support of this Motion to Transfer.

1

stated in Defendants' Brief, Defendants' Motion to Compel should be transferred to the Western District of North Carolina.

WHEREFORE, Defendants respectfully request that the Court transfer Defendants' Motion to Compel to the U.S. District Court for the Western District of North Carolina to Chief District Court Judge Martin Reidinger for consideration and disposition.

This the 12th day of November, 2024.

/s/ Phillip T. Jackson
Phillip T. Jackson (N.C. Bar No. 21134)
ROBERTS & STEVENS, P.A.
P.O. Box 7647
Asheville, NC 28802
(828) 252-6600
pjackson@roberts-stevens.com

*Counsel for HCA Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Motion to Transfer* was filed electronically using CM/ECF and was served, via electronic mail, upon counsel for non-party CMHA and all counsel of record in *In Re Mission Health Antitrust Litigation*, 1:22-cv-00114-MR-WCM as follows:

Robert C.S. Berry
BERGER MONTAGUE PC
(215) 875-3058
rberry@bm.net

Eric Leon Cramer
BERGER MONTAGUE PC
(215) 875-3009
ecramer@bm.net

Andrew C. Curley
BERGER MONTAGUE PC
(215) 875-3050
acurley@bm.net

J. Taylor Hollinger
BERGER MONTAGUE PC
(215) 875-3087
thollinger@bm.net

Robert E. Litan
BERGER MONTAGUE PC
(215) 875-3000
rlitan@bm.net

Julia R. McGrath
BERGER MONTAGUE PC
(215) 875-4675
jmcgrath@bm.net

Jacob Polakoff
BERGER MONTAGUE PC
(215) 875-5816
jpolakoff@bm.net

Daniel J. Walker
BERGER MONTAGUE PC
(202) 559-9745
dwalker@bm.net

John Francis Bloss, Sr.
HIGGINS BENJAMIN, PLLC
(336) 273-1600
jbloss@greensborolaw.com

Robert N. Hunter, Jr.
HIGGINS BENJAMIN, PLLC
(336) 273-1600
rhunterjr@greensoborolaw.com

Brendan P. Glackin
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
(415) 956-1000
bglackin@lchb.com

Dean M. Harvey
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
(415) 956-1000
dharvey@lchb.com

Daniel E. Seltz
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
(415)956-1000
dseltz@lchb.com

*Counsel for Plaintiffs*

| | |
|---|---|
| Alison M. Agnew<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>(202) 230-5105<br>alison.agnew@faegredrinker.com | Kenneth M. Vorrasi<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>(202) 842-8800<br>kenneth.vorrasi@faegredrinker.com |
| Matthew R. Lechner<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>(202) 230-5222<br>matthew.lechner@faegredrinker.com | John S. Yi<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>(215) 988-2553<br>john.yi@faegredrinker.com |
| Paul H. Saint-Antoine<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>(215) 988-2990<br>paul.saint-antoine@faegredrinker.com | Hanna E. Eickmeier<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>(704) 338-6041<br>heickmeier@bradley.com |
| Jonathan Todt<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>(202) 230-5823<br>jonathan.todt@faegredrinker.com | Dana C. Lumsden<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>(704) 338-6034<br>dlumsden@bradley.com |
| | *Counsel for ANC Defendants* |
| Tiffany Y. Lucas<br>NC DEPARTMENT OF JUSTICE<br>(919) 716-6920<br>tlucas@ncdoj.gov<br>*Counsel for Interested Party State of NC* | Nathan C. Chase, Jr.<br>ROBINSON, BRADSHAW & HINSON, P.A.<br>(704) 377-8383<br>nchase@robinsonbradshaw.com<br>*Counsel for Non-Party CMHA* |
| Gary K. Sue<br>BURTON, SUE & ANDERSON, LLP<br>(336) 275-0512<br>gks@sa-nclaw.com<br>*Counsel for Interested Party Prime Health Services* | |

This the 12th day of November, 2024.

ROBERTS & STEVENS, P.A.

By: /s/ *Phillip T. Jackson*
Phillip T. Jackson

4