# U.S. District Court
# North Carolina Middle District (NCMD)
# CIVIL DOCKET FOR CASE #: 1:24–mc–00027–UA–JEP

CITY OF BREVARD, NORTH CAROLINA et al v. HCA HEALTHCARE, INC. et al
Assigned to: UNASSIGNED
Referred to: MAG/JUDGE JOI ELIZABETH PEAKE
Case in other court:  Western District of North Carolina, 1:22CV114
Cause: no cause specified

Date Filed: 11/12/2024

**Plaintiff**

| | | |
|---|---|---|
| **CITY OF ASHEVILLE, NORTH CAROLINA** | represented by | **JOHN F. BLOSS , SR.**<br>HIGGINS BENJAMIN, PLLC<br>301 N. ELM STREET, STE. 800<br>GREENSBORO, NC 27401<br>336–273–1600<br>Fax: 336–274–4650<br>Email: jbloss@greensborolaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **BUNCOMBE COUNTY, NORTH CAROLINA** | represented by | **JOHN F. BLOSS , SR.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **MADISON COUNTY** | represented by | **JOHN F. BLOSS , SR.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **CITY OF BREVARD, NORTH CAROLINA** | represented by | **JOHN F. BLOSS , SR.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **HCA HEALTHCARE, INC.** | represented by | **PHILLIP T. JACKSON**<br>ROBERTS & STEVENS, P.A.<br>POB 7647<br>ASHEVILLE, NC 28802–7647<br>828–252–6600 |

Fax: 828–258–6955
Email: pjackson@roberts–stevens.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**BRYANT CROSS**
ROBERTS & STEVENS, P.A.
301 COLLEGE STREET
SUITE 400
ASHEVILLE, NC 28801
269–312–5784
Email: bcross@roberts–stevens.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**HCA MANAGEMENT SERVICES, LP**  represented by  **PHILLIP T. JACKSON**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MH MASTER HOLDINGS, LLLP**  represented by  **PHILLIP T. JACKSON**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MH HOSPITAL MANAGER, LLC**  represented by  **PHILLIP T. JACKSON**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MH MISSION HOSPITAL, LLLP**  represented by  **PHILLIP T. JACKSON**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MISSION HOSPITAL, INC.**  represented by  **DANA C. LUMSDEN**
BRADLEY ARANT BOULT CUMMINGS
LLP
214 NORTH TRYON STREET, SUITE 3700
CHARLOTTE, NC 28202
704–338–6034
Fax: 704–332–8858
Email: dlumsden@bradley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ANC HEALTHCARE, INC.**
*formerly known as*
MISSION HEALTH SYSTEM, INC.

represented by **DANA C. LUMSDEN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**HCA, INC.**

represented by **PHILLIP T. JACKSON**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**STATE OF NC**

represented by **TIFFANY Y. LUCAS**
N.C. DEPARTMENT OF JUSTICE
114 W. EDENTON STREET
RALEIGH, NC 27603
919–716–6920
Fax: 919–716–6764
Email: tlucas@ncdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**PRIME HEALTH SERVICES**

represented by **GARY KENT SUE**
SUE & ANDERSON, LLP
419 N. ELM STREET
GREENSBORO, NC 27401
336–275–0512
Email: gks@sa–nclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**CHARLOTTE–MECKLENBURG HOSPITAL AUTHORITY**

represented by **JAZZMIN ROMERO**
ROBINSON, BRADSHAW AND HINSON
101 N. TRYON ST.
STE 1900
CHARLOTTE, NC 28246
704–377–8163
Email: jromero@robinsonbradshaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**NATHAN C. CHASE , JR.**
ROBINSON BRADSHAW & HINSON, P.A.
101 N. TRYON ST., STE. 1900
CHARLOTTE, NC 28246–1900
704–377–8383
Fax: 704–373–3983
Email: nchase@robinsonbradshaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/12/2024 | 🔗 1 | MOTION to Compel Discovery by HCA Healthcare, Inc., HCA Management Services, LP, MH Master Holdings, LLLP, MH Hospital Manager, LLC, MH Mission Hospital, LLLP. Response to Motion due by 11/26/2024 (Attachments: # 1 Exhibit A to Motion to Compel)(JACKSON, PHILLIP) (Entered: 11/12/2024) |
| 11/12/2024 | 🔗 2 | BRIEF re 1 MOTION to Compel Discovery by Movants HCA Healthcare, Inc., HCA Management Services, LP, MH Master Holdings, LLLP, MH Hospital Manager, LLC, MH Mission Hospital, LLLP filed by HCA Healthcare, Inc., HCA Management Services, LP, MH Master Holdings, LLLP, MH Hospital Manager, LLC, MH Mission Hospital, LLLP. (JACKSON, PHILLIP) (Entered: 11/12/2024) |
| 11/12/2024 | 🔗 3 | DECLARATION *of Phillip T. Jackson in Support of MTC* by Movants HCA Healthcare, Inc., HCA Management Services, LP, MH Master Holdings, LLLP, MH Hospital Manager, LLC, MH Mission Hospital, LLLP. (Attachments: # 1 Exhibit A, # 2 Exhibit C, # 3 Exhibit D, # 4 Exhibit E, # 5 Exhibit F, # 6 Exhibit G, # 7 Exhibit H, # 8 Exhibit I)(JACKSON, PHILLIP) (Entered: 11/12/2024) |
| 11/12/2024 | 🔗 4 | MOTION to Transfer Case by HCA Healthcare, Inc., HCA Management Services, LP, MH Master Holdings, LLLP, MH Hospital Manager, LLC, MH Mission Hospital, LLLP. Response to Motion due by 12/3/2024 (JACKSON, PHILLIP) (Entered: 11/12/2024) |
| 11/12/2024 | 🔗 5 | BRIEF re 4 MOTION to Transfer Case by Movants HCA Healthcare, Inc., HCA Management Services, LP, MH Master Holdings, LLLP, MH Hospital Manager, LLC, MH Mission Hospital, LLLP filed by HCA Healthcare, Inc., HCA Management Services, LP, MH Master Holdings, LLLP, MH Hospital Manager, LLC, MH Mission Hospital, LLLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(JACKSON, PHILLIP) (Entered: 11/12/2024) |
| 11/14/2024 | 🔗 | Receipt of Funds in the amount of $ 52.00. Receipt #5902. (sh) (Entered: 11/14/2024) |
| 11/15/2024 | 🔗 6 | NOTICE of Attorney Appearance by attorney NATHAN C. CHASE, JR on behalf of Movant CHARLOTTE–MECKLENBURG HOSPITAL AUTHORITY (CHASE, NATHAN) (Entered: 11/15/2024) |
| 11/15/2024 | 🔗 7 | NOTICE of Attorney Appearance by attorney JAZZMIN ROMERO on behalf of Movant CHARLOTTE–MECKLENBURG HOSPITAL AUTHORITY (ROMERO, JAZZMIN) (Entered: 11/15/2024) |
| 11/15/2024 | 🔗 8 | MOTION for Extension of Time to File Response/Reply as to 1 MOTION to Compel Discovery by CHARLOTTE–MECKLENBURG HOSPITAL AUTHORITY. (Attachments: # 1 Text of Proposed Order)(CHASE, NATHAN) (Entered: 11/15/2024) |
| 11/19/2024 | 🔗 9 | NOTICE of Attorney Appearance by attorney BRYANT CROSS on behalf of Defendant HCA HEALTHCARE, INC. (CROSS, BRYANT) (Entered: 11/19/2024) |
| 11/20/2024 | 🔗 | Case Assigned to UNASSIGNED and MAG/JUDGE JOI ELIZABETH PEAKE. (km) (Entered: 11/20/2024) |
| 11/20/2024 | 🔗 10 | RESPONSE re 8 MOTION for Extension of Time to File Response/Reply as to 1 MOTION to Compel Discovery filed by HCA HEALTHCARE, INC.. Replies due by 12/4/2024 (CROSS, BRYANT) (Entered: 11/20/2024) |
| 11/21/2024 | 🔗 | Motions Referred: RE: 8 MOTION for Extension of Time to File Response/Reply as to 1 MOTION to Compel Discovery , to MAG/JUDGE JOI ELIZABETH PEAKE (ww) (Entered: 11/21/2024) |
| 11/26/2024 | 🔗 11 | RESPONSE in Opposition re 1 MOTION to Compel Discovery filed by MH MASTER HOLDINGS, LLLP, HCA HEALTHCARE, INC., HCA MANAGEMENT SERVICES, LP, MH |

| | | | |
|---|---|---|---|
| | | | MISSION HOSPITAL, LLLP, MH HOSPITAL MANAGER, LLC filed by CHARLOTTE–MECKLENBURG HOSPITAL AUTHORITY. Replies due by 12/10/2024 (CHASE, NATHAN) (Entered: 11/26/2024) |
| 11/26/2024 | | 12 | DECLARATION of Paul M. Sacksteder filed by Movant CHARLOTTE–MECKLENBURG HOSPITAL AUTHORITY re 11 Response in Opposition to Motion, filed by CHARLOTTE–MECKLENBURG HOSPITAL AUTHORITY. (CHASE, NATHAN) (Entered: 11/26/2024) |
| 12/03/2024 | | 13 | RESPONSE filed by Movant CHARLOTTE–MECKLENBURG HOSPITAL AUTHORITY re 4 MOTION to Transfer Case filed by MH MASTER HOLDINGS, LLLP, HCA HEALTHCARE, INC., HCA MANAGEMENT SERVICES, LP, MH MISSION HOSPITAL, LLLP, MH HOSPITAL MANAGER, LLC filed by CHARLOTTE–MECKLENBURG HOSPITAL AUTHORITY. Replies due by 12/17/2024 (CHASE, NATHAN) (Entered: 12/03/2024) |
| 12/03/2024 | | 14 | REPLY, filed by Defendant HCA HEALTHCARE, INC., to Response to 1 MOTION to Compel Discovery filed by HCA HEALTHCARE, INC.. (CROSS, BRYANT) (Entered: 12/03/2024) |
| 12/04/2024 | | 15 | **ORDER** signed by MAG/JUDGE JOI ELIZABETH PEAKE on 12/4/2024, that the Motion to Transfer [Doc. # 4 ] is GRANTED by consent, and this matter is transferred to the United States District Court for the Western District of North Carolina where the underlying action is pending. (lg) (Entered: 12/04/2024) |